IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DENNIS DERX**                                                                                           **PETITIONER**

v.                                    **CASE NO. 4:17-CV-00261 BSM**

**STATE OF ARKANSAS**                                                                            **RESPONDENT**

## ORDER

The findings and a recommendations [Doc. No. 6] submitted by United States Magistrate Judge Patricia S. Harris have been received. Petitioner Dennis Derx has not submitted objections. After careful review of the record, the findings and recommendations are adopted in their entirety, this case is dismissed without prejudice, and the relief sought is denied because Derx's "petition for post-conviction relief" is actually a petition for post-conviction relief pursuant to Arkansas Rule of Criminal Procedure 37 and was not filed in the proper forum.

IT IS SO ORDERED this 18th day of July 2017.

_____
UNITED STATES DISTRICT JUDGE